North Dakota granted. *Mr. M. L. Countryman* and *Mr. C. J. Murphy* for petitioner. *Mr. William G. Owens* for respondents.

No. 510. DONALD M. HILL ET AL. *v.* CHARLES S. SMITH. November 7, 1921. Petition for a writ of certiorari to the Superior Court of the State of Massachusetts granted. *Mr. Edward E. Blodgett* for petitioners. No brief filed for respondent.

No. 575. A. BOURJOIS & COMPANY, INC. *v.* ANNA KATZEL. November 7, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Hans V. Briesen* and *Mr. William A. Redding* for petitioner. *Mr. Manton M. Wyvell* for respondent. *Mr. Lindley M. Garrison,* by leave of court, filed a brief as *amicus curiæ.*

No. 577. UNITED STATES *v.* A. C. LOUCKS ET AL. November 7, 1921. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Riter* for the United States. No brief filed for respondents.

No. 367. LIBERTY OIL COMPANY *v.* CONDON NATIONAL BANK ET AL. November 14, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frederick W. Lehmann* for petitioner. *Mr. John J. Jones* for respondents. [See *post,* 651; *ante,* 628.]

No. 381. SIOUX CITY BRIDGE COMPANY *v.* DAKOTA COUNTY, NEBRASKA. November 14, 1921. Petition for a